IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In Re:

William Edward Hall, Jr.
Lori Raynay Davis

Debtor(s)

330 Broken Hill Road
Columbia, SC 29212

Last four digits of SSN or ITIN,
xxx-xx-9549

Case Number 16-02579
Chapter 13

**CERTIFICATE OF SERVICE AND NOTICE OF SUPPLEMENTAL FEES**

Take notice that the undersigned has filed a Statement of Supplemental Fees pursuant to SC LBR 2016-1(b)(2) as follows:

***Supplemental fees in this Request: $500***
***Statement of Work: Credit Approval 5/11/21***

These fees are added to any prior amounts charged. Unless an objection to the Statement is filed within fourteen (14) days of service or unless the Court orders otherwise, the supplemental fee shall be approved for disbursement subject to the terms of the confirmed plan and SC LBR 2016-1.

All supplemental fees approved for disbursement remain subject to the Court's consideration of the fee under 11 U.S.C. § 329(b) at any time prior to the closing of the case.

MAILING ADDRESS FOR OBJECTIONS: Bankruptcy Courthouse, 1100 Laurel Street, Columbia, SC 29201.

I hereby certify that notice of the Statement of Supplemental Fees was served on the chapter 13 trustee by electronic transmission (NEF) and a copy of this document was served on debtor(s) on this date as follows:

William Edward Hall, Jr.
LoriRaynay Davis330 Broken Hill Road
Columbia, SC 29212

June 10, 2021

Reed Law Firm. P.A.

/s/ Eric S. Reed,
Eric S. Reed
220 Stoneridge Drive, Suite 301
Columbia, SC  29210
(803) 726-4888 (phone), (803) 726-4887 (fax)
Ereed@ReedLawSC.com